UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO PONCE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CALENERGY OPERATING CORPORATION, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  22cv1808-W(LR)<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE** |

　　　On October 4, 2023, the Court held a telephonic Case Management Conference ("TCMC") to discuss the status of discovery with the parties in this matter. During the TCMC, the parties advised the Court about potential discovery disputes regarding the defendants' efforts to compel Plaintiff Alberto Ponce's attendance at his deposition.

　　　To address the dispute, the Court will hold a telephonic Discovery Conference on **October 20, 2023**, at **9:30 a.m.**

/ / /

/ / /

/ / /

/ / /

/ / /

1   Plaintiff's counsel is **ORDERED** to place a joint call with defense counsel to the
2   undersigned's chambers at (760) 339-4250 at the time of the conference.
3       **IT IS SO ORDERED.**
4   Dated: October 4, 2023

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge