UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO PONCE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CALENERGY OPERATING CORPORATION, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 22cv1808-W(LR)<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO COMPEL** |

The Court held a telephonic Discovery Conference with the parties on October 20, 2023. Defendant CalEnergy Operating Corporation requested a briefing schedule for a motion to compel based on Plaintiff Alberto Ponce's failure to attend his deposition. As discussed with the parties, the Court **ORDERS** Defendant to file any joint discovery motion addressing the articulated dispute no later than **November 3, 2023**. The parties are to use the Joint Discovery Motion format described in Judge Rodriguez's Civil Chambers Rule § IV.D.

**IT IS SO ORDERED.**

Dated: October 20, 2023

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge

1

22cv1808-W(LR)